IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-105-JLK**

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

**1. JUAN PENA-RAMIREZ,**

   Defendant.

## MINUTE ORDER
## SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

  All pretrial motions in this matter are due on or before **April 12, 2011;** responses to these motions are due **April 27, 2011**. It is

  FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **May 6, 2011, at 1:30 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

  FURTHER ORDERED that a **5-day jury trial** is set for **May 16, 2011 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: March 22, 2011