**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam  Date: November 7, 2011
Court Reporter: Tracy Weir
Probation Officer: Justine Kozak  Interpreter: Suzanna Cahill

Criminal Action No.: 11-cr-00105-JLK

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Kasandra R. Carleton

   Plaintiff,

v.

JUAN PENA RAMIREZ,  Richard J. Banta

   Defendant.

## SENTENCING MINUTES

**10:06 a.m.   Court in session.**

Court calls case.  Defendant present in custody.

Interpreter sworn.

10:08 a.m.   Defendant's witness, Victoria Hinojosa-Pena Ramirez, called and sworn. Direct examination begins by Mr. Banta.

10:17 a.m.   Cross examination begins by Ms. Carleton.

10:24 a.m.   Redirect examination by Mr. Banta.

Witness excused.

10:25 a.m.   Spanish letter read with English translation by Suzanna Cahill.

10:28 a.m.   Comments and rulings by the Court.

*11-cr-00105-JLK*
*Sentencing*
*November 7, 2011*

**ORDERED:** Renewed Motion To Dismiss Counts Two, Three, And Four Of The Indictment (Filed 10/24/11; Doc. No. 31) is GRANTED.

**ORDERED:** Government's Motion For Reduction In Base Offense Level Pursuant To U.S.S.G. §3E1.1(b) [Filed 10/12/11; Doc. No. 26] is GRANTED. Defendant's objections OVERRULED.

**Change of Plea Hearing:   September 1, 2011.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

10:45 a.m.    Further comments and rulings by the Court.

**ORDERED:** Government's Motion For Downward Departure Pursuant To U.S.S.G. §5K1.1 And 18 U.S.C. §3553(e) [Filed 10/1/11; Doc. No. 25] is GRANTED in PART and DENIED in PART, as specified.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **120 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)    Defendant shall not commit another federal, state or local crime.
- (X)    Defendant shall not possess a firearm or destructive device.
- (X)    Defendant shall comply with the standard conditions adopted by the Court.
- (X)    Defendant shall not illegally possess controlled substances.
- (X)    Defendant shall refrain from the unlawful use of a controlled substance which includes the misuse of prescription medications.
- (X)    Defendant shall cooperate in the collection of DNA as directed by the

*11-cr-00105-JLK*
*Sentencing*
*November 7, 2011*

      probation officer.

**Special conditions of supervised release:**
  (X)  Defendant, if deported, shall not return to the United States illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

It is the recommendation of this Court to the Bureau of Prisons that the Defendant be allowed to serve this sentence at a facility within the Federal District of Colorado.

**10:49 a.m. Court in recess.**
Hearing concluded.
Total in-court time: 43 minutes